# EXHIBIT D

1 | Matthew C. Bernstein, Bar No. 199240
2 | MBernstein@perkinscoie.com
   | PERKINS COIE LLP
3 | 1888 Century Park E., Suite 1700
4 | Los Angeles, CA 90067
   | Telephone: 310.788.9900
5 | Facsimile: 310.788.3399
6 |
7 | Patrick J. McKeever, Bar No. 268763
   | PMcKeever@perkinscoie.com
8 | PERKINS COIE LLP
   | 11452 El Camino Real, Suite 300
9 | San Diego, CA 92130-2594
10 | Telephone: 858.720.5700
   | Facsimile: 858.720.5799
11 |
12 | Attorneys for Defendant
   | NETFLIX, INC.
13 |

14 | UNITED STATES DISTRICT COURT

15 | CENTRAL DISTRICT OF CALIFORNIA

16 |

| | |
|---|---|
| 17 UNILOC 2017 LLC, | **LEAD CONSOLIDATED CASE:** NO. SACV18-02055-GW (DFMx) |
| 18            Plaintiff, | |
| 19      v. | **DEFENDANT NETFLIX, INC.'S OPPOSITION TO UNILOC 2017 LLC'S MOTION TO ENFORCE A SUPPOSED SETTLEMENT AGREEMENT** |
| 20 NETFLIX, INC., | |
| 21            Defendant. | |
| 22 | |
| 23 | **[REDACTED - PUBLIC VERSION]** |
| 24 | Date:      January 4, 2021 |
| 25 | Time:      8:30 a.m. |
| 26 | Judge:    Honorable George H. Wu |
| | Room:     9D |
| 27 | |
| 28 | |

**TABLE OF CONTENTS**

**Page**

I.    INTRODUCTION ........................................................................................................1

II.   FACTUAL BACKGROUND ..............................................................................4

     A.    The Parties' Settlement Negotiations ▇▇▇▇▇▇▇▇

        ▇▇▇▇ .....................................................................................................4

     B.    Uniloc's Efforts to Protect Fortress Derailed the Parties

        Settlement Negotiations ...........................................................................5

     C.    Fortress Appears to Control Uniloc .................................................9

III.  LEGAL STANDARDS ...........................................................................................12

IV.  ARGUMENT ..........................................................................................................13

     A.    The Alleged Agreement Is Unenforceable Under the Statute of

        Frauds (Cal. Civ. Code § 1624) ..........................................................13

     B.    The Alleged Agreement Lacked Material Terms and Was Thus

        Not a Complete Agreement ..................................................................16

     C.    There Was No Meeting of the Minds Regarding ▇▇▇▇▇

        ▇▇▇▇▇▇▇ .........................................................................................19

     D.    The ▇▇▇▇▇▇▇▇▇▇ Was Not Sufficiently Definite

        to Be Enforceable ................................................................................22

     E.    Uniloc Fails to Demonstrate That the Parties Intended to be

        Bound Absent a Written Agreement ....................................................23

     F.    Uniloc's Cases Are Inapposite ............................................................24

V.   REQUEST FOR SANCTIONS ...........................................................................25

VI.  CONCLUSION ......................................................................................................25

1 ██████████████████████████████████████. Netflix simply made the proposal because

2 the parties had been spinning their wheels for months and getting nowhere ████████

3 ████████████████████████████, a problem compounded by Uniloc refusal to explain

4 its relationship with Fortress. Bernstein Decl. ¶ 20. Further, during one of the prior

5 phone calls, ████████████████████████████████████████████████████████

6 ████████████████████. *Id.*

7 The parties had a follow-up call with Judge Gandhi on October 26. The parties

8 discussed ████████████████████████████████████████████████████████

9 ████████████████████████████████████████████████████████████████

10 ████████████████████████████████████████████████████████████████

11 ████████████████████████████████████████████████████████████████

12 ██████████████████████████████████████ Bernstein Decl. ¶ 21.

13 After a November 2 call with Judge Gandhi, it was clear to Netflix that the mediation

14 was over without having resolved the parties' disputes. *Id.* ¶ 22.

15 During a phone call on November 16, Ms. Day informed Mr. Bernstein that

16 Uniloc would be moving to enforce the settlement agreement. Netflix responded by

17 pointing out the motion was baseless. *Id.* ¶ 23, Bernstein Ex. 11.

18 **C.** **Fortress Appears to Control Uniloc**

19 Netflix does not fully understand the Fortress–Uniloc relationship because

20 Fortress and Uniloc have striven to conceal it. Throughout the case, Uniloc refused

21 to substantively address the Fortress relationship in interrogatory responses. Netflix

22 subpoenaed Fortress, but Fortress, represented by the same law firm that represents

23 Uniloc here, refused to produce any discovery whatsoever, forcing Netflix to move

24 to compel in New York. During the settlement negotiations, Uniloc again refused to

25 explain the relationship between Fortress and Uniloc.

26 Despite these efforts, public information strongly suggests that Uniloc is

27 controlled by Fortress. For example, the assignment agreement by which Uniloc

28 2017 LLC acquired all of the patents-in-suit was executed by its President,

NO. SACV18-02055-GW (DFMx)        -9-              OPP. TO MOT. TO
                                              ENFORCE SETTLEMENT

1  Constantine M. Dakolias.  Bernstein Ex. 12.  Mr. Dakolias is a Fortress executive.

2  According to Fortress' website, "Mr. Dakolias is the Co-Chief Investment Officer of

3  the Fortress Credit Funds business.   Mr. Dakolias also serves on Fortress's

4  Management and Operating Committees."  Bernstein Ex. 13.  Just last week on

5  December 8, 2020, Uniloc filed a Statement of Information with the California

6  Secretary of State listing two "Managers or Members": Mr. Dakolias and David N.

7  Brooks.  Bernstein Ex. 14.  Mr. Brooks is General Counsel of Fortress Investment

8  Group LLC and, like Mr. Dakolias, serves on Fortress' Management Committee.

9  Bernstein Ex. 15.  Uniloc's Statement of Information filing also lists its address as

10  1345 Avenue of the Americas, 46th Fl, New York, NY 10105—the address of

11  Fortress' New York Offices. Bernstein Ex. 16.

1

2  DATED:  December 14, 2020          **PERKINS COIE LLP**

3

4                                     By: */s/ Patrick J. McKeever*
                                      Patrick J. McKeever

5                                     Attorney for Defendant
                                      NETFLIX, INC.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NO. SACV18-02055-GW (DFMx)        -26-              OPP. TO MOT. TO
                                                 ENFORCE SETTLEMENT