IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-803 (CFC) |
| | ) |
| VLSI TECHNOLOGY LLC, | ) |
| | ) |
| Defendant. | ) |

**DECLARATION OF JOSHUA STERN IN SUPPORT OF
INTEL CORPORATION'S REPLY IN SUPPORT OF ITS MOTION FOR
AN ORDER TO SHOW CAUSE WHY VLSI TECHNOLOGY HAS NOT
COMPLIED WITH THE COURT'S STANDING ORDERS**

I, Joshua Stern, declare as follows:

1. I am a partner with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), counsel for Intel Corporation ("Intel") in the above-captioned matter. I am licensed to practice law in the District of Columbia, the Commonwealth of Massachusetts, the state of New York, and the state of New Jersey, and am admitted *pro hac vice* in this action.

2. I have personal knowledge of the matters stated herein and, if called upon, could competently testify thereto.

3. I make this declaration in support of Plaintiff Intel Corporation's Reply In Support Of Its Motion For An Order To Show Cause Why VLSI Has Not Complied With The Court's Standing Orders.

1

4.      Attached as **Exhibit E** is a true and correct copy of Emily R. Siegel, *Fortress' Billions Quietly Power America's Biggest Legal Fights*, Bloomberg Law (Oct. 16, 2024), available at https://news.bloomberglaw.com/business-and-practice/fortress-billions-quietly-power-americas-biggest-legal-fights (last visited Oct. 23, 2024).

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on October 23, 2024

                                                                        */s/ Joshua Stern*
                                                                        Joshua Stern

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 23, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant*<br>*VLSI Technology LLC* | *VIA ELECTRONIC MAIL* |
| Morgan Chu, Esquire<br>Benjamin Hattenbach, Esquire<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA  90067<br>*Attorneys for Defendant*<br>*VLSI Technology LLC* | *VIA ELECTRONIC MAIL* |

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)

1