IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>VLSI TECHNOLOGY LLC,<br><br>　　　　　　Defendant. | Case No: 24-cv-803-CFC |

### VLSI TECHNOLOGY LLC'S
### NOTICE OF SUBSEQUENT EVENTS

　　VLSI respectfully submits this Notice of Subsequent Events to apprise the Court of further progress in the parties' Western District of Texas litigation on Intel's license defense since the close of briefing on VLSI's Motions to Dismiss, Transfer, and Stay, including the Western District of Texas's recent order setting trial for May 27–28, 2025. Ex. A (Welch email). *Compare, e.g.*, D.I. 26 (Intel's MTD Opp.) at 8 ("Fact discovery is ongoing . . . and no trial date is set.")

　　On October 29, the Western District of Texas held a hearing to resolve the remaining discovery disputes between the parties regarding the license defense. Ex. B (W.D. Tex. D.I. 854). Following the hearing, the Western District of Texas instructed the parties to meet and confer regarding a schedule for resolving the license defense. *Id.* at 11–12. The parties agreed to the following schedule:

| Event | Deadlines |
|---|---|
| Close of Fact Discovery | November 22, 2024 |
| Opening Expert Reports | December 20, 2024 |
| Rebuttal Expert Reports | January 17, 2025 |
| Close of Expert Discovery | January 29, 2025 |
| Dispositive Motions | February 7, 2025 |
| Dispositive Motion Responses | February 21, 2025 |
| Dispositive Motion Replies | February 28, 2025 |
| (Proposed) Dispositive Motions Hearing | March 6, 2025 |
| **Trial (Set by Court)** | **May 27–28, 2025** |

*See* Ex. C (Ransom Email).

Under the agreed schedule, Intel deposed VLSI's 30(b)(6) designee on November 20–21 regarding license defense-related matters, and fact discovery closed on November 22. Ex. C.

Dated: December 2, 2024        Respectfully submitted,

FARNAN LLP

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Telephone : (302) 777-0300
Fax : (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Morgan Chu (admitted *pro hac vice*)

Benjamin Hattenbach (admitted *pro hac vice*)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
mchu@irell.com
bhattenbach@irell.com

*Attorneys for Defendant VLSI Technology LLC*