IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTEL CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 24-803 (CFC) |
| | ) | |
| VLSI TECHNOLOGY LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

On September 2, 2025, Intel Corporation ("Intel") and VLSI Technology LLC ("VLSI") filed a joint status report informing the Court of developments in *VLSI Technology LLC v. Intel Corp.*, No. 19-cv-977 (W.D. Tex.) ("*Texas III*"), including the completion of post-trial briefing in *Texas III* on August 8, 2025. D.I. 54. The parties filed additional status reports on December 4, 2025, February 25, 2026, and June 2, 2026. D.I. 57; D.I. 58; D.I. 59.

The parties continue to await a decision on the post-trial motions in *Texas III*. The presiding judge in *Texas III* retired from the bench on August 31, 2026, but the parties jointly propose that this Court take no further action for the time being. The parties will file a further status report by January 6, 2027—or earlier if the *Texas III* court issues a decision before then—to propose appropriate next steps in the instant case.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com

*Attorneys for Plaintiff Intel Corporation*

OF COUNSEL:

William F. Lee
Dominic E. Massa
Joseph J. Mueller
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Thomas G. Saunders
Joshua L. Stern
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000

Mary V. Sooter
WILMER CUTLER PICKERING
HALE AND DORR LLP
1225 17th Street, Suite 2600
Denver, CO 80202
(720) 274-3135

FARNAN LLP

*/s/ Michael J. Farnan*

Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendant*
*VLSI Technology LLC*

OF COUNSEL:

Morgan Chu, Esquire
Ben Hattenbach, Esquire
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

September 2, 2026